

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-18-00834-CV

**IN THE INTEREST OF T.R.H.,** a Child,
Appellant

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20578
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

Appellant's motion for rehearing is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court